UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

SAM HAIRSTON, III,                  )   CASE NO. 4:08 CV 1144
                                    )
         Petitioner,                )   JUDGE CHRISTOPHER A. BOYKO
                                    )
    v.                              )
                                    )   ORDER
B. KELLY,                           )
                                    )
         Respondent.                )

This action was filed on May 7, 2008. On May 22, 2008, petitioner filed a Motion to Dismiss Habeas Corpus Action without Prejudice, on the ground that he has yet to exhaust state court remedies. The Motion is granted, and this case is dismissed without prejudice.

IT IS SO ORDERED.

_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

**FILED**
MAY 28 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND